**Order entered January 7, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01057-CR

**ROY OLIVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-18595-V**

## ORDER

Before the Court is appellant's January 3, 2019 motion for an extension of time to file his

brief. We **GRANT** appellant's motion and **ORDER** appellant's brief due by **March 8, 2019**.


/s/     BILL PEDERSEN, III
         JUSTICE